lants; The City of New York, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Establishing a Public Beach between the Southerly Prolongation of the Easterly Line of Ocean Parkway and the Prolongation of the Westerly Line of West Thirty-seventh Street, etc. Theodore W. Kramer and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Did the colonial grants to the town of Gravesend, by virtue of the southerly boundary given therein, to wit, the " main ocean," vest title in the town of Gravesend to the land between the high and low-water marks of the ocean? Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of John Ertel for Payment of an Award Made for Parcel Lot No. 58, Block 4753, on the Damage Map and in the Final Decree of the Supreme Court as to Damage in a Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Located on the North-westerly Side of Avenue B, between East Ninety-third Street and East Ninety-fourth Street, Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of William Findlay and Jeremiah Wood, as Administrators, etc., of John Findlay, Deceased. Alfred Brooks, Appellant; William Findlay and Jeremiah Wood, as Administrators of John Findlay, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of Catherine Garland and Bartholomew Nestor for Payment of the Award Made for Damage Parcel No. 2 in the Proceeding Brought by The City of New York Entitled " In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Situated on the Easterly Side of One Hundred and Thirty-sixth Street (Highland Avenue) between Fifty-eighth Road (Douglas Street) and Fifty-eighth Avenue (Cameron Street), Queens Borough Hill, Flushing, in Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law."— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of James Lekacos for Payment of Award Made for Damage Parcel No. 13 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Certain Lands and Premises Consisting of the Block Bounded by Deisius Street, Kingdom Avenue, Eylandt Street and Stecher Street, Huguenot, Borough of Richmond, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.